**Order entered February 10. 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00977-CV

## IN THE INTEREST OF A.C.J., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-13596**

## ORDER

Before the Court is a copy of the Department of Family and Protective Services' February 9, 2022 request to supplement the clerk's record with a copy of the trial court's July 2, 2020 "Emergency Order of Extension Due to COVID-19 State of Disaster." Because this is an accelerated appeal in a child protection case, we **ORDER** Dallas County District Clerk Felicia Pitre to file the requested supplemental record **no later than February 14, 2022**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    DAVID J. SCHENCK
        JUSTICE